# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

## General Instructions for Habeas Corpus Actions
## Under 28 U.S.C. § 2241 and 28 U.S.C. § 2254

1.  You must type or legibly handwrite the petition, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2.  You or your attorney must sign and date the petition. Further, you or a person authorized under 28 U.S.C. § 2242 must verify, under penalty of perjury, that the facts alleged in the petition are true.

3.  You must send the original petition and one copy to the Clerk of the District Court.

4.  You must pay a fee of $5.00. If you cannot prepay the $5.00 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); Local Civil Rules 3.2, 3.3, 3.5. The petition will not be considered unless the Clerk receives the $5.00 fee or you are granted permission to proceed *in forma pauperis*.

5.  You must provide a short and plain statement of each ground in your petition. You should describe the constitutional or statutory rights you believe were violated, but are not required to cite or discuss any case law.

6.  Be aware that you must ordinarily exhaust any available administrative or judicial remedies before you may apply for habeas relief.

7.  Be aware that 28 U.S.C. § 2244(d) provides for a one-year statute of limitations for habeas actions. That statute, and related court decisions, discuss when this period begins, whether any intervening events may extend the one-year period, and if any exception applies.

8.  Even if you are proceeding pro se (i.e., representing yourself without an attorney), you must comply with procedural rules, including the Federal Rules of Civil Procedure and the Western District of Oklahoma's Local Civil Rules.

FILED
DEC 12 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ RM _____, DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

CIV 17 - 1332 HE

| | |
|---|---|
| Name (under which you were convicted): Felicito Avendaño Jimenez | Docket or Case No.: 2015-1286 |
| Place of Confinement: LCF | Prisoner No.: 688430 |
| Petitioner (include the name under which you were convicted) Uxiel Rodriguez Torres | Respondent (authorized person having custody of petitioner) |

v.

The Attorney General of the State of:

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Oklahoma county courthouse

   (b) Criminal docket or case number (if you know): 2015-1286

2. (a) Date of the judgment of conviction (if you know): June, 26, 2015

   (b) Date of sentencing: June, 26, 2015

3. Length of sentence: 10 years

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case: Possession of CDS with intent - marijuana

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty            ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I didnt plead guilty to anything my name is Felicito Avendaño Jimenez and im being held as Uxiel Torres Rodriguez.

(c) If you went to trial, what kind of trial did you have? (Check one)
☐ Jury    ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
☐ Yes    ☒ No

8. Did you appeal from the judgment of conviction?
☐ Yes    ☒ No

9. If you did appeal, answer the following:
(a) Name of court: NA
(b) Docket or case number (if you know): NA
(c) Result: NA
(d) Date of result (if you know): NA
(e) Citation to the case (if you know): NA
(f) Grounds raised: NA

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No
If yes, answer the following:
(1) Name of court:
(2) Docket or case number (if you know):
(3) Result:

(4) Date of result (if you know):
(5) Citation to the case (if you know):

(6) Grounds raised: NA

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): NA

(2) Result: NA

(3) Date of result (if you know): NA

(4) Citation to the case (if you know): NA

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: NA

(2) Docket or case number (if you know): NA

(3) Date of filing (if you know): NA

(4) Nature of the proceeding: NA

(5) Grounds raised: NA

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   ☐ Yes   ☒ No

(7) Result: NA

(8) Date of result (if you know): NA

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: NA

(2) Docket or case number (if you know): NA

(3) Date of filing (if you know): NA
(4) Nature of the proceeding: NA
(5) Grounds raised: NA

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☒ No
(7) Result: NA
(8) Date of result (if you know): NA

(c) If you filed any third petition, application, or motion, give the same information:
(1) Name of court: NA
(2) Docket or case number (if you know): NA
(3) Date of filing (if you know): NA
(4) Nature of the proceeding: NA
(5) Grounds raised: NA

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☒ No
(7) Result: NA
(8) Date of result (if you know): NA

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

  (1) First petition:  ☐ Yes  ☒ No
  (2) Second petition: ☐ Yes  ☒ No
  (3) Third petition:  ☐ Yes  ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: **NA**

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Lexinton put me in a cell with no water in the toilet for 2 weeks and with out a mat. I was arrested in the state of california did my time for my crime. And then they exterdited me to Oklahoma saying there was a warrent for my arrest my name is "Felicito Avendaño Jimenez" they exterdited me under "Uxiel Torres Rodriguez" That is not my name and I have no alias nieghter

(b) If you did not exhaust your state remedies on Ground One, explain why: I have my birth certifacte and my I.D. I dont know who "Uxiel Torres Rodriguez" Im being charged for escape and have me completing someone elses sentence witch is possession of maryjuana with Intent.

(c) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No
  (2) If you did not raise this issue in your direct appeal, explain why: **NA**

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _NA_

Name and location of the court where the motion or petition was filed: _NA_

Docket or case number (if you know): _NA_

Date of the court's decision: _NA_

Result (attach a copy of the court's opinion or order, if available): _NA_

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No
(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _NA_

Docket or case number (if you know): _NA_

Date of the court's decision: _NA_

Result (attach a copy of the court's opinion or order, if available): _NA_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_NA_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _The Lawyer railroaded me and didnt help me when I told him I was being extorted my life was under danger._

**GROUND TWO:** _He made a false statement to have me convicted._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_I am suffering mental issues now from being hurt and_

being extorted he was my paid attorney but ended up not helping me with anything that I asked him to help me with

(b) If you did not exhaust your state remedies on Ground Two, explain why: I would like to have him pay for all the wrong he did.

(c)     **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

    (2) If you did not raise this issue in your direct appeal, explain why: NA

(d)     **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☐ Yes ☒ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: NA

    Name and location of the court where the motion or petition was filed: NA

Docket or case number (if you know): NA
Date of the court's decision: NA
Result (attach a copy of the court's opinion or order, if available): NA

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA
Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: NA

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: NA

**GROUND THREE:** Texas transporte

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

They tortured me 4 days with no rest No bathing also no air conditioner they had me on the road for 4 days

(b) If you did not exhaust your state remedies on Ground Three, explain why: Same as above

(c) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No
  (2) If you did not raise this issue in your direct appeal, explain why: NA

(d) **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: NA

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

NA

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: NA

**GROUND FOUR:** police department from Sonoma county

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

he fabricated a lie to have me arrested

(b) If you did not exhaust your state remedies on Ground Four, explain why: Fabricated a Lie to have me arrested

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: NA

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: NA

Name and location of the court where the motion or petition was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
NA

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: NA

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes   ☒ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: They have me convicted of crimes I did not comit.

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
    NA

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes   ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.   NA

_____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☒ Yes  ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
_____
_____
_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
_____NA_____

(b) Give the date the other sentence was imposed: _NA_

(c) Give the length of the other sentence: _NA_

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☒ No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: **freedom and for all defendents to pay for their Abuses**

or any other relief to which petitioner may be entitled.

_____
Signature of Petitioner or Attorney (if any)

## VERIFICATION

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **12/8/17** (month, day, year).

Executed (signed) on **12/8/17** (date).

_____
Signature of Petitioner or Authorized Person Under 28 U.S.C. § 2242

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____